**Karen TAYLOR, Appellant,**

v.

**Pete GEREN, Secretary, United States Department of the Army, Appellee.**

**No. 08–3610.**

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 27, 2009.

Filed: Dec. 29, 2009.

Gregory N. Robinson, Lucas Wayne Zakrzewski, Robinson & Associates, Pine Bluff, AR, for Appellant.

Richard M. Pence, Jr., U.S. Attorney's Office, Little Rock, AR, for Appellee.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Karen Taylor appeals the district court's[1] adverse grant of summary judgment in her Title VII action alleging that she was not promoted because of unlawful discrimination. Upon de novo review, see Jacob–Mua v. Veneman, 289 F.3d 517, 520 (8th Cir.2002), we hold that summary judgment was properly granted. Accordingly, we affirm. See 8th Cir. R. 47B.

1. The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

1. The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.